JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA WETMORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>NCO PORTFOLIO MANAGEMENT, INC.,<br><br>            Defendant. | Case No. EDCV09-00892 VAP (OPx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

THE COURT having reviewed the Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and being fully advised in the premises, DOES HEREBY ORDER that this civil action is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Date:   June 30, 2009

*Virginia A. Phillips*
_____
HONORABLE VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE